IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHNNY BATES and                          *
PATRICIA MIDDLETON BATES,                  *
                                           *
          Plaintiffs,                      *
                                           *        CIVIL ACTION FILE
v.                                         *
                                           *        NO. 1-09-CV-3280
MICHELIN NORTH AMERICA, INC.,              *
                                           *
          Defendants.                      *

## CONSENT MOTION TO EXTEND DISCOVERY

Plaintiffs file this Consent Motion to Extend Discovery pursuant to Local

Rule 26.2(B) and request that this Court extend discovery in this case up to and

including February 22, 2011.  In support of this Motion plaintiffs show the Court

that all parties consent to this extension.  Attached hereto as Exhibit A is a Consent

Order signed by all parties to this action.

Respectfully submitted this 11th day of November, 2010.

s/ Leigh Martin May
GEORGE W. FRYHOFER III
  Georgia Bar No. 279110
LEIGH MARTIN MAY
  Georgia Bar No. 473389
ALAN J. HAMILTON
  Georgia Bar No. 320698
*Attorneys for Plaintiffs*
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
E-mail: george@butlerwooten.com
E-mail: leigh@butlerwooten.com
E-mail: alan@butlerwooten.com


s/ Gary M. Shapiro
GARY M. SHAPIRO
  Georgia Bar No. 637794
*Attorney for Plaintiffs*
Law Offices of Gary M. Shapiro
400 Galleria Parkway, Suite 1500-20
Atlanta, Georgia 30339
(770) 817-1444
E-mail: shapirolaw@aol.com

s/ Bonnie Lassiter
ROBERT P. MONYAK
  Georgia Bar No. 517675
BONNIE M. LASSITER
  Georgia Bar No. 438582
Peters & Monyak, LLP
*Attorneys for Defendant*
*Michelin North America, Inc.*
One Atlanta Plaza, Suite 2275
950 East Paces Ferry Road NE
Atlanta, Georgia 30326
(404) 607-0100
E-mail: rmonyak@petersmonyak.com
E-mail: blassiter@petersmonyak.com


s/ Elizabeth C. Helm
ELIZABETH C. HELM
  Georgia Bar No. 289930
Nelson Mullins
*Attorneys for Defendant*
*Michelin North America, Inc.*
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000
E-mail:
Kate.Helm@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2010, I electronically filed

**CONSENT MOTION TO EXTEND DISCOVERY** with the Clerk of the Court

using the CM/ECF system which will automatically send email notification of such

filing to the following attorneys of record:


Robert P. Monyak, Esq.
Bonnie M. Lassiter, Esq.
Peters & Monyak, LLP
One Atlanta Plaza, Suite 2275
950 East Paces Ferry Road NE
Atlanta, GA 30326

Elizabeth C. Helm, Esq.
Nelson Mullins
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363

s/  Leigh Martin May
GEORGE W. FRYHOFER III
  Georgia Bar No. 279110
LEIGH MARTIN MAY
  Georgia Bar No. 473389
ALAN J. HAMILTON
  Georgia Bar No. 320698

Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
E-mail: george@butlerwooten.com
E-mail: leigh@butlerwooten.com
E-mail: alan@butlerwooten.com