IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNY BATES and | * | |
| PATRICIA MIDDLETON BATES, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | CIVIL ACTION FILE |
| v. | * | |
| | * | NO. 1-09-CV-03280-AT |
| MICHELIN NORTH AMERICA, INC., | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JACK GLAZENER

Plaintiffs move to exclude the expert testimony of Jack Glazener pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).  Plaintiffs are contemporaneously filing a memorandum in support of this motion under seal, which details the legal and factual bases in support.

Respectfully submitted, this 1st day of September, 2011.

s/  Leigh Martin May
GEORGE W. FRYHOFER III
  Georgia Bar No. 279110
LEIGH MARTIN MAY
  Georgia Bar No. 473389
J.E. BUTLER III

Georgia Bar No. 116955
Attorneys for Plaintiffs
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
E-mail: george@butlerwooten.com
E-mail: leigh@butlerwooten.com
E-mail:  jeb@butlerwooten.com


s/  Gary M. Shapiro
GARY M. SHAPIRO
  Georgia Bar No. 637794
Attorney for Plaintiffs
Law Offices of Gary M. Shapiro
400 Galleria Parkway, Suite 1500-20
Atlanta, Georgia 30339
(770) 817-1444
E-mail: shapirolaw@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2011, I electronically filed

PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JACK

GLAZENER with the Clerk of the Court using the CM/ECF system which will

automatically send email notification of such filing to the following attorneys of

record:

Robert P. Monyak, Esq.                    Richard K. Hines, V, Esq.
Bonnie M. Lassiter, Esq.                  Elizabeth C. Helm, Esq.
Peters & Monyak, LLP                      Nelson Mullins
One Atlanta Plaza, Suite 2275             Atlantic Station
950 East Paces Ferry Road NE              201 17th Street NW, Suite 1700
Atlanta, GA 30326                         Atlanta, GA 30363

Susan A. Cahoon, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

This 1st day of September, 2011.

                              s/  Leigh Martin May
                              GEORGE W. FRYHOFER III
                                Georgia Bar No. 279110
                              LEIGH MARTIN MAY
                                Georgia Bar No. 473389
                              J.E. BUTLER III
                                Georgia Bar No. 116955

Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324

(404) 321-1700
E-mail: george@butlerwooten.com
E-mail: leigh@butlerwooten.com
E-mail: jeb@butlerwooten.com