IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNY BATES and<br>PATRICIA MIDDLETON BATES,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION FILE<br><br>NO. 1-09-CV-03280-AT |

**PLAINTIFFS' MOTION TO EXCLUDE THE
<u>EXPERT TESTIMONY OF CHARLES PATRICK</u>**

Plaintiffs move to exclude the expert testimony of Charles Patrick pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Plaintiffs are contemporaneously filing a memorandum in support of this motion under seal, which details the legal and factual bases in support.

Respectfully submitted, this 1st day of September, 2011.

                                         s/ Leigh Martin May
                                         GEORGE W. FRYHOFER III
                                            Georgia Bar No. 279110
                                         LEIGH MARTIN MAY
                                            Georgia Bar No. 473389
                                         J.E. BUTLER III

Georgia Bar No. 116955
Attorneys for Plaintiffs
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
E-mail: george@butlerwooten.com
E-mail: leigh@butlerwooten.com
E-mail:  jeb@butlerwooten.com


s/  Gary M. Shapiro
GARY M. SHAPIRO
  Georgia Bar No. 637794
Attorney for Plaintiffs
Law Offices of Gary M. Shapiro
400 Galleria Parkway, Suite 1500-20
Atlanta, Georgia 30339
(770) 817-1444
E-mail: shapirolaw@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2011, I electronically filed PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF CHARLES PATRICK with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Robert P. Monyak, Esq. | Richard K. Hines, V, Esq. |
| Bonnie M. Lassiter, Esq. | Elizabeth C. Helm, Esq. |
| Peters & Monyak, LLP | Nelson Mullins |
| One Atlanta Plaza, Suite 2275 | Atlantic Station |
| 950 East Paces Ferry Road NE | 201 17th Street NW, Suite 1700 |
| Atlanta, GA 30326 | Atlanta, GA 30363 |

Susan A. Cahoon, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

This 1st day of September, 2011.

                                                s/ Leigh Martin May
                                                GEORGE W. FRYHOFER III
                                                  Georgia Bar No. 279110
                                                LEIGH MARTIN MAY
                                                  Georgia Bar No. 473389
                                                J.E. BUTLER III
                                                  Georgia Bar No. 116955

Butler, Wooten & Fryhofer, LLP
2719 Buford Highway

Atlanta, Georgia 30324
(404) 321-1700
E-mail: george@butlerwooten.com
E-mail: leigh@butlerwooten.com
E-mail: jeb@butlerwooten.com