IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNY BATES and PATRICIA MIDDLETON BATES, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | CASE NO. 1:09-CV-3280-AT |
| MICHELIN NORTH AMERICA, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

**ORDER REGARDING DEFENDANT'S
MOTION TO ALLOW COUNSEL TO BRING ELECTRONIC
EQUIPMENT INTO THE COURTHOUSE FOR THE HEARING ON
PLAINTIFFS' MOTION FOR SANCTIONS**

Having considered Defendant's Motion to Allow Counsel to Bring Electronic Equipment Into the Courthouse for the Hearing on Plaintiffs' Motion for Sanctions, it is hereby ORDERED AND ADJUDGED that counsel for Defendant may bring the electronic equipment referenced above, including laptop computers, monitors, switching devices, amplifiers, cabling and wiring, power supplies, audio system, portable scanner, portable printer, printing supplies, presentation table,

US2008 2879694.1

presentation pointer, portable hard-drive and wireless mouse into the courtroom for the hearing on September 19, 2011.

SO ORDERED, this 15th day of September, 2011.

_____
Honorable Amy Totenberg
Judge, USDC, Northern District of Georgia